**Order entered March 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00162-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

**ORDER**
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is relator's March 1, 2022 petition for writ of mandamus in which he challenges the trial court's "Order on Substitution of Faith and Liberty's Place," "Order for Supervised Visitation," and "Temporary Order for Father Supervised Possession and Access at Faith and Liberty's Place." Relator's petition fails to mention that this Court already denied his mandamus petition challenging the trial court's November 17, 2021 oral ruling. *See In re Barnes*, No. 05-21-01042-CV, 2021 WL 5817333, at *1 (Tex. App.—Dallas Dec. 7, 2021, orig. proceeding) (finding no abuse of discretion). It appears that the November 17, 2021 oral ruling, which was memorialized in the challenged written orders, set

virtually the same possession schedule that relator complains about here. In addition to failing to mention this Court's December 7, 2021 opinion, relator also has not explained why a different outcome would be warranted here.

Accordingly, pursuant to Texas Rule of Appellate Procedure 52.11, we **ORDER** relator to file, by **March 24, 2022**, a response showing cause why this Court should not impose sanctions on him for filing a petition that is: (1) clearly groundless; and (2) grossly misstates or omits an obviously important and material fact in the petition.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE